## VICTOR WRIGHT *v.* PAUL ECCARD
## (AC 27979)

McLachlan, Lavine and Foti, Js.

Submitted on briefs March 16—officially released April 17, 2007

Per Curiam. The judgment is affirmed.

## FAIR HAVEN DEVELOPMENT CORPORATION *v.* CITY OF NEW HAVEN
## (AC 27303)

McLachlan, Lavine and Foti, Js.

Submitted on briefs March 16—officially released April 17, 2007

Per Curiam. The judgment is affirmed.